JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIKAS SARGISIAN, | CV 11-8758 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA N.A., | |
| Defendant. | |

Pursuant to the Court's December 10, 2012 Minute Order granting the Motion for Summary Judgment filed by defendant Bank of America N.A. ("Defendant"), which granted summary judgment to Defendant on each of the claims asserted by plaintiff Haikas Sargisian ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have their costs of suit.

DATED: December 10, 2012    _____
Percy Anderson
UNITED STATES DISTRICT JUDGE